UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 18 AM 9:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No.________ |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Antonio QUINTERO-Placencia,** | ) | Attempted Entry After |
| | ) | Deportation '08 MJ 2195 |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about **July 17, 2008**, within the Southern District of California, defendant **Antonio QUINTERO-Placencia**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **18th** DAY OF **JULY, 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

GJr

**PROBABLE CAUSE STATEMENT**

On July 17, 2008, at approximately 5:15 AM, **Antonio QUINTERO-Placencia (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry via the vehicle primary lanes. Defendant was the driver of a white 1998 Ford Ranger with one visible passenger. Defendant presented to a Customs and Border Protection (CBP) Officer a Permanent Resident (I-551) Card bearing the name Ernesto O Garcia-Padilla as his entry document. Defendant presented, on behalf of the passenger, another I-551 Card bearing the name Seferino Alonso-Vargas. Defendant stated he was on his way to work in San Diego and that he had nothing to declare. The CBP Officer noticed that the Defendant and the passenger did not resemble the images on the I-551 Cards and elected to escort the vehicle and it's occupants to secondary for further inspection.

In secondary, the passenger in the vehicle was identified as Antonio Bonilla-Ramirez, a citizen of Mexico without legal documents or benefits to enter, pass through, or reside in the United States. Further investigation revealed that Defendant was also an impostor to the I-551 Card he had presented during primary inspection. Defendant's fingerprints were obtained and queried utilizing the Integrated Automated Fingerprint Identification System (IAFIS) revealing Defendant's true identity as a previously removed alien.

Queries through the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico without legal documents or entitlements to enter the United States. DACS indicates that Defendant was ordered deported by an Immigration Judge on or about February 16, 2005, and was subsequently removed from the United States to Mexico through Nogales, Arizona on the same date. Immigration service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

Defendant was advised of his Miranda rights and agreed to submit to questioning without the benefit of counsel. Defendant declared to be a citizen of Mexico by birth in Sinaloa, Mexico without entitlement to entry, passage or residency in the United States. Defendant admitted he was deported from the United States by an Immigration Judge in 2005 and that he has not applied for nor received authorization to re-enter the United States. Defendant stated he attempted illegal entry into the United States in an effort to re-establish residency in Tulare, California.